Send-O

FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED 12-00003m |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Carl Frederick Hennings | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
— pretrial services report
— violation petition
— defendant's non-objection

1

1  and/or

2  B. (X) The defendant has not met his/her burden of establishing by clear and
3  convincing evidence that he/she is not likely to pose a danger to the
4  safety of any other person or the community if released under 18 U.S.C.
5  § 3142(b) or (c). This finding is based on the following:
6  — pretrial services report
7  — violation petition
8  — defendant's non objection
9  
10 
11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

13 
14  Dated: January 5, 2012

HONORABLE SHERI PYM
United States Magistrate Judge

2